592

452 A.2d 1080

Commonwealth v. Snead, Appellant.
Petition for Allowance of Appeal Denied March 14, 1983.

Argued December 8, 1981.
Daniel J. DiGiacomo, for appellant; Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

452 A.2d 1080

Commonwealth v. Wertz, Appellant.
Petition for Allowance of Appeal Denied April 12, 1983.

Argued May 4, 1982. Stephen S. Pennington, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.